UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| COMPASS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV0413 JCH |
| | ) | |
| EAGER ROAD ASSOCIATES, LLC, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| CITY OF BRENTWOOD, MISSOURI, et al., | ) | |
| | ) | |
| Third Party Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL

In accordance with the Order entered this day, and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 25th day of August, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE